UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BITH, LLC, a California limited liability company,<br><br>               Plaintiff,<br><br>   v.<br><br>HENRIK SARDARIANI, an individual; HAMLET SARDARIANI, an individual; AXCESS ESCROW, a business entity form unknown; WANDA L. TENNEY, an individual; CLAUDE LARRY WRIGHT, an individual; BEVERLY HILLS SKIN CARE SYSTEM, LLC, a California limited liability company; SLK, INC., a Nevada corporation; JUSTIN MEHREN, an individual; MICHAEL YOUNG, an individual; COLONIAL FIRST CAPITAL CORPORATION, a corporation; JAY COHEN, an individual; CHRIS WOODS, an individual; CARDUCCI, LLC, a California limited liability company; KARYKEION, INC., a California corporation; ED RUBIN, an individual; AXCESS MORTGAGES GROUP, CORP., a business entity form unknown; HPHPRE, a California limited liability company; SIGAL BEN NISSAN, an individual; RAMIN | Case No. 11-cv-00844-DDP-MAN<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT U.S. BANCORP**<br>[defendant dismissed – docket number 25]<br><br>Assigned to: Hon. Dean D. Pregerson,<br><br>[Complaint Filed:  January 15, 2009] |

-1-

MIKAIL, an individual; AVI GOLDMAN, an individual; G.C.A. FOREX CORP., a British Virgin Islands corporation; FEDERAL DEPOSIT INSURANCE CORPORATION, a federal agency, as receiver for Downey Savings and Loan Association, F.A., a federally chartered financial institution; U.S. BANK, N.A., a federally chartered financial institution and successor-in-interest to Downey Savings and Loan Association, F.A.; and DOES 1 through 100, Inclusive,

        Defendants.

WHEREAS, on April 21, 2011, this Court issued its order granting Defendant U.S. Bancorp's (or "U.S. Bank's") Motion to Dismiss the Fourth Amended Complaint filed by Plaintiff BITH, LLC ("Plaintiff"), as to U.S. Bank, with prejudice; and,

WHEREAS the Court's ruling and order, as set forth above, have fully and finally disposed of all causes of action by Plaintiff against U.S. Bank;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that: (1) Judgment is entered in favor of U.S. Bank and against Plaintiff; and (2) by its Fourth Amended Complaint, Plaintiff shall take nothing from U.S. Bank.

Dated: June 27, 2011

                                        HON. DEAN D. PREGERSON